IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| JOSEPH N. BRIGGS, | * |
| Plaintiff, | * |
| v. | *   Case No.: |
| BANK OF AMERICA, N.A. | * |
| and | * |
| BANK OF AMERICA CORP., | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

Defendants Bank of America, N.A. and Bank of America Corp. (herein collectively referred to as "Defendants"), by and through their attorneys, pursuant to 28 U.S.C. § 1332, *et seq.*, and 28 U.S.C. § 1446, *et seq.* file this Notice of Removal and as grounds for removal say:

1.  On April 18, 2006, Plaintiff commenced an action with the filing of a Complaint for damages in the Circuit Court for Baltimore City for "Racism, Fraud, Harrassment [sic], and Attempt [sic] Extortion" (the "Complaint") in the matter captioned *Joseph N. Briggs. v. Bank of America, N.A.*, Case No. 24-C-06-3513. On or about April 24, 2006 by certified mail, the Complaint was mailed to Bank of America, N.A. and Bank of America Corp. at the address of "Pratt and Charles Sts.," Baltimore, Maryland 21202.

2. Plaintiff has sued at least one wrong entity as Bank of America Corp. has no relationship with Plaintiff.

3. Removal of this matter is timely pursuant to 28 U.S.C. § 1446(b) because thirty (30) days have not expired since the Complaint was mailed to the nominal defendants, Bank of America, N.A. and Bank of America Corp. per Certificate of Service Plaintiff filed in State Court (attached to this Notice of Removal as **Exhibit 1**).

4. This Court has original jurisdiction because the matter in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs, as Plaintiff has requested judgment against Defendants in the aggregate amount of $10,000,000.00, and this matter is between citizens of different states. *See* 28 U.S.C. § 1332(a).

5. On information and belief, Plaintiff is a citizen of Maryland residing in Windsor Mill, Maryland.

6. Bank of America, N.A. is a national banking association chartered by the Department of the Treasury, Office of the Comptroller of the Currency, and has its headquarters and principal place of business in Charlotte, North Carolina. Bank of America Corp. is a Delaware corporation with its principal place of business in Charlotte, North Carolina.

7. Complete diversity exists among the Plaintiff and Defendants now and at the time Plaintiff filed the Complaint.

8. Attached to this Notice as **Exhibit 2**, pursuant to 28 U.S.C. § 1446(a), is a copy of all process, pleadings and other orders filed in the action pending in the Circuit Court for Baltimore City.

9. Attached as **Exhibit 3** is a copy of the Notice of Filing of Notice of Removal filed in the Circuit Court for Baltimore City on May 24, 2006.

WHEREFORE, Defendants Bank of America, N.A. and Bank of America Corp. respectfully remove this matter from the Circuit Court for Baltimore City, Maryland to this Court.

Respectfully submitted,

_____
Dennis P. McGlone
Federal Bar No. 04127

G. Brooks Liswell
Federal Bar No. 27930

Gordon, Feinblatt, Rothman,
 Hoffberger & Hollander, LLC
The Garrett Building
233 East Redwood Street
Baltimore, Maryland 21202-3332
410 576-4000
410-576-4026 fax
Email: dmcglone@gfrlaw.com
         bliswell@gfrlaw.com

**Attorneys for Bank of America, N.A.
and Bank of America Corp.**

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of May 2006, a copy of Bank of America, N.A. and Bank of America Corp.'s Notice of Removal was mailed, first-class, postage prepaid, to: Joseph M. Briggs, 3415 Joann Drive, Windsor Mill, Maryland 21244, *Pro Se*.

_____
G. Brooks Liswell