CIRCUIT COURT OF MARYLAND
BALTIMORE CITY 24-C-06-003513

2006 APR 18 AM 8:45
CIVIL DIVISION

JOSEPH N. BRIGGS
3415 JOANN DR.
WINDSOR MILL MD 21244-2922

V.S.

BANK OF AMERICA N.A.
BANK AM. CORP.
PRATT AND CHARLES ST
BALTIMORE MD 21202.

Case# 24-C-06-003513
CV File New 80.00
MLSC 25.00
TOTAL $105.00
Receipt #[illegible]
Cashier: [illegible]
04/18/06 8:48am

COMPLAINT FOR DAMAGES

CHARGES

1) RACISM
2) FRAUD
3) HARRASSMENT
4) ATTEMPT EXTORTION

I WAS A BANKER WITH MARYLAND NATIONAL BANK THEN BOUGHT BY NATIONS BANK LATER BOUGHT OUT BY BANK OF AMERICA AN ME A CREDIT CARD, BETWEE THE THREE BANKS I HAD 32 YRS SERVICE THEN I ACCEPTED THE CREDIT CARD OFFER, BANK AMERICA ALWAYS THRIVED THEIR GROWTH ON THEIR MINORITY BA SE, BUT, WHEN BANK STARTED THE CREDIT CARD PICT URE SECURITY I.D. A WHITE FACE APPEARED AND I STOPPED GETTING THE VIP TREATMENT, MY PICTURE I BLACK, ALL A OF SUDDEN YOUNG FEMALE WHITE GI RLS IS HANDLING MY ACCOUNT YOUNG WHITE MALE

EXHIBIT 2

Circuit Court of Maryland
Baltimore City

Started giving me the cold shoulder, I finally lost credit card account because I was late one time and did make full they increased it to in the middle of month while I was making phone payments from another state assuming it hadn't changed and they failed to tell on the phone,

Eighteen months after closing said account I informed Bank America they constantly bill me a late every month ass if I, still have an open account I have ordered in writing they are violation of the Truth in Laws, they were suppose to either write off as a bad debt, or put it in the hands of a collection agency eighteen months ago.

Hardassing about a safe deposit box that was free, now they are harrassing me about collect 45.00 a month 14 months after that account was closed.

April 18, 2006

Damages of
Ten Million Dollars
10,000,000.00

Joseph N. Driggs
3415 Joann Dr
Windsor Mill MD21244